*463
 
 By the Court.
 

 The relator seeks by writ of mandamus ail order to strike the
 
 nunc pro tunc
 
 entry from the files. That writ “cannot control judicial discretion” (Section 12285, General Code) and the writ “must not be issued in a case where there is a plain and adequate remedy in the ordinary course of the law” (Section 12287, General Code). The Court of Common Pleas exercised its judicial discretion in entering the
 
 nunc pro tunc
 
 order and the relator has a plain and adequate remedy by appeal.
 
 State, ex rel. McCamey,
 
 v.
 
 Court of Common Pleas,
 
 137 Ohio St., 566, 31 N. E. (2d), 683.
 

 The judgment of the Court of Appeals is affirmed.
 

 Judgment affirmed.
 

 Weygandt, C. J., Zimmerman, Bell, Williams, Turner, Matthias and Hart, JJ., concur.